IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JUBAL BRYAN, | : | |
| Petitioner, | : | |
| v. | : | CASE NO.: 1:10-CV-078 (WLS) |
| JAMES CAMON, Superintendent, | : | |
| Respondents. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed April 18, 2011. (Doc. 12). It is recommended that Respondent Superintendent's Motion to Dismiss for failure to exhaust administrative remedies (Doc. 9) be granted.

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (Doc.12). The period for objections expired on Monday, May 2, 2011; no objections have been filed to date. (See Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 12) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Respondent Warden's Motion to Dismiss (Doc. 9) is **GRANTED**, and Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** without prejudice to his right to refile upon exhaustion of his state remedies.

SO ORDERED, this 12th day of May, 2011.

/s/ W. Louis Sands
THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT

1